# Order

Michigan Supreme Court
Lansing, Michigan

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133777

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                      SC: 133777
                                                       COA: 275108
                                                       Wayne CC: 02-010683-01
MARLIN DEVON HOLLAND,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the February 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

d0830